UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:25-CR-124 SNLJ |
| DARRELL NISWONGER, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S SENTENCING LETTERS**

Defendant Darrell Niswonger, through Attorney William Marsh, submits the four attached letters for consideration by the Court at his sentencing hearing.

Respectfully submitted,

/s/ William T. Marsh
William T. Marsh, #60906MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 455-5555
E-Mail: William.Marsh@KesslerWilliams.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

/s/ William T. Marsh
William T. Marsh