Dear Judge Limbaugh,

My name is Noah Niswonger, and I am the son of Darrell Niswonger. The past seven months have been filled with a wide range of emotions, and I appreciate the opportunity to share my personal perspective on the man I have known my entire life—as a father, a community member, and a person facing adversity.

For as long as I can remember, I have looked up to my dad. I've admired not only what he's done, but who he is. I shared his passions, adopted his values, and followed his example. He taught me to love deeply, to treat others with respect, and to meet challenges with determination. I've always believed that if I can grow into even half the man he is, I will have done well.

My father has always been devoted to his family. He gave us his full effort, his unwavering love, and his constant support. He encouraged us in our goals, challenged us when we needed it, and stood by us during our setbacks. That consistency and strength made him the rock of our family.

I also deeply respect how much of himself he gave to the Perryville community. He served on the hospital board, announced high school football games, refereed basketball, and generously supported local baseball programs. He held great appreciation for the town that helped shape him, and he worked hard to give back in meaningful ways, especially to the youth.

When news of this situation involving my father surfaced in April, I witnessed firsthand how he responded—with honesty, humility, and a clear desire to take responsibility. His faith has been tested and, in many ways, has grown stronger than I've ever seen. He has remained transparent, committed to making amends, and deeply remorseful for the impact of his actions.

I understand that for some, this situation may seem at odds with the man I've described. I've wrestled with that same tension over these months. But I've come to this: my father made a serious mistake—one he will carry with him for the rest of his life. But that mistake does not erase the 28 years I've seen of his compassion, integrity, and generosity. The core values that shaped me—because I saw them lived out in him—are still there.

He continues to face this adversity head-on, with grace and accountability, and he is determined to spend the rest of his life working to make things right.

Thank you for taking the time to read my letter and for considering my reflection on the character of Darrell Niswonger.

Respectfully,

Noah Niswonger