Michael Wallis



Re:  Character Reference for Mr. Darrell Niswonger

Dear Sir or Madam,

My name is Michael Wallis; I am writing this letter on behalf of Mr. Darrell Niswonger. I have known Mr. Niswonger for the last 13 years.  I got to know Darrell after his son began playing in our baseball organization.

I have aways know Darrell to be a wonderful family man that was always the first person to be there to help in any way needed.  When hearing about this very serious situation, it was the last person I would have ever thought of being involved.  I know that from the very time this all came out he has been nothing but remorseful for his actions.

I know this is a very serious matter that has affected a lot of people.  I'm not writing to excuse his actions on what he has done but to know the person he is, that person I have known that I believe will demonstrate remorse and work hard to live an honorable and respectful life moving forward. I do know that he has repetitively talked about his concern to make things right and how he will be able to work off paying back.

Thank you for your consideration of this letter.  I hope this will help in showing that this is a person that is truly feeling bad for what he has done and all he wants to do is find a way to pay back.

Respectfully,

Michael Wallis