Jim Alsmeyer



10/29/2025

Re: Character reference for Mr. Darrell Niswonger

Dear Sir or Madam,

My name is Jim Alsmeyer, and I am writing this letter on behalf of Mr. Darrell Niswonger.  I know Darrell through our church and Bible study group, where I have had the opportunity to get to know him over the past several months.  Although I have known him for less than a year, I have seen him demonstrate humility, honesty and a sincere desire to make things right in his life.

In our time together, Darrell has been open about the mistakes that he has made and the deep remorse he feels for how his actions have affected his family and everyone involved.  His willingness to take accountability and to seek personal and spiritual growth has been evident in our conversations and his participation in our group.  He has shown genuine sorrow and a strong commitment to rebuilding trust and living by the values our faith teaches – Integrity, love, compassion and repentance.

I understand that Darrell's case involves serious matters and I am not writing to excuse or diminish that.  Rather, I want to convey that I have seen in him a man who is truly reflecting on his choices and working to change.  I believe that, given the opportunity, Darrell will continue to demonstrate remorse and strive to live responsibly and honorably moving forward.  Given the chance, I know he will make every effort to make amends with everyone affected by this situation.

Thank you for considering this letter.  I hope that my perspective may offer a small insight into the character and sincerity I have observed in Darrell during this time.

Respectfully,

Jim Alsmeyer