Donna Wright                                                                                    October 28, 2025



To Whom It May Concern,

I am writing this letter on behalf of my Ex-brother-in-law, Darrell Niswonger, whom I have known for over thirty-five years. I met Darrell through my sister. It was clear that he was a kind, devoted, and caring man.

After Darrell and my sister married, he became not only a loving husband but also a true partner to her in every sense. He has always shown his love through actions—by being supportive, patient, respectful, and steady through life's ups and downs. He has stood by her through good times and challenges alike, always prioritizing his family's well-being above everything else. His deep love and commitment to my sister have never wavered. Just recently through these circumstances they have divorced.

Together, they raised two wonderful children, Emily and Noah, who were both born here in Illinois. Shortly after the passing of Darrell's parents, the decision was made to move back to Perryville, Missouri, where he called home. There, Darrell continued to pour his energy and heart into both his family and his community.

Darrell has always been an active and contributing member of Perryville. He served on the hospital board for several years, coached baseball, umpired, and announced and officiated at basketball and football games and he was also involved in other community events and youth activities. He is a member of La Croix Church, where his faith continued to grow. His dedication to both people and purpose reflects his belief that strong families and communities thrive when built on service and compassion.

As a father, Darrell has always been deeply involved in his children's lives. Emily and Noah never had to wonder if their dad loved them, he showed them every day. Whether he was coaching their teams, cheering from the sidelines, or offering encouragement and guidance, his pride and unconditional support for his kids and now grandkids has always been evident.

Darrell has always known of God, but in this recent year, I have witnessed a true transformation in his faith. When you have lost nearly everything and everyone, it takes great strength to hold on to hope- and Darrell has clung to God. His faith has become a source of healing and direction, and watching his journey has been genuinely inspiring. He understands the pain and grief he has caused he is owning that, wanting to make complete restitution.

I want to be clear that I do not take this situation lightly. His business actions have torn his family apart, caused pain I've witnessed firsthand. He has nearly everything! However, I know the man that Darrell is I have always had complete trust in him. His integrity and honesty have never been a question. His faith has grown, and he is grounded now more than ever in grace, humility, and accountability. I believe that he is determined to take every step necessary to make this right to all those who have been affected by his decisions.

Darrell will always be more than an Ex-brother-in-law to me, he has been like a brother, and beyond that, a dear and trusted friend. I stand by his character and the good man I have always known him to be.

If you have any questions, I'd be happy to have a conversation with you.

Sincerely,

Donna Wright